IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| JOEL I. SHER, CHAPTER 11 TRUSTEE for TMST, Inc., f/k/a Thornburg Mortgage, Inc, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS CAPITAL, INC., <br><br> Defendant. | Civil No. – ELH-11-01982 |

## STIPULATION

The undersigned parties hereby stipulate and agree that the time for Defendant Barclays Capital Inc. to respond to the Complaint in the above captioned action is extended to and includes October 10, 2011.

Dated: September 21, 2011

/s/ Daniel J. Zeller
Daniel J. Zeller, Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
36 South Charles Street, 20th Floor
Baltimore, MD  21201-3147
(410) 385-0202

and

Mark L.D. Wawro
Stephen D. Susman
Stuart V. Kusin
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
(713) 654-6675

*Attorneys for Joel I. Sher, Chapter 11 Trustee*

/s/ Richard Costella
Richard Costella, Bar No. 14095
Patricia Jefferson, Bar No. 27668
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21202-1487
(410) 385-3440

and

Lance Croffoot-Suede
Paul S. Hessler
Martin S. Bloor
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York  10105
(212) 903-9000

*Attorneys for Defendant Barclays Capital Inc.*