IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 SEP 22 A 10: 58

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JOEL I. SHER, CHAPTER 11 TRUSTEE for TMST, Inc., f/k/a Thornburg Mortgage, Inc,

    Plaintiff,

v.

BARCLAYS CAPITAL, INC.,

    Defendant.

Civil No. – ELH-11-01982

Approved.
ELH
USDJ
9/21/11

## STIPULATION

The undersigned parties hereby stipulate and agree that the time for Defendant Barclays Capital Inc. to respond to the Complaint in the above captioned action is extended to and includes October 10, 2011.

Dated: September 21, 2011

| | |
|---|---|
| /s/ Daniel J. Zeller | /s/ Richard Costella |
| Daniel J. Zeller, Bar No. 28107 | Richard Costella, Bar No. 14095 |
| SHAPIRO SHER GUINOT & SANDLER | Patricia Jefferson, Bar No. 27668 |
| 36 South Charles Street, 20th Floor | MILES & STOCKBRIDGE, P.C. |
| Baltimore, MD 21201-3147 | 10 Light Street |
| (410) 385-0202 | Baltimore, Maryland 21202-1487 |
| | (410) 385-3440 |
| and | |
| | and |
| Mark L.D. Wawro | |
| Stephen D. Susman | Lance Croffoot-Suede |
| Stuart V. Kusin | Paul S. Hessler |
| SUSMAN GODFREY LLP | Martin S. Bloor |
| 1000 Louisiana, Suite 5100 | LINKLATERS LLP |
| Houston, TX 77002-5096 | 1345 Avenue of the Americas |
| (713) 654-6675 | New York, New York 10105 |
| | (212) 903-9000 |
| *Attorneys for Joel I. Sher, Chapter 11 Trustee* | *Attorneys for Defendant Barclays Capital Inc.* |