**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **JOEL I. SHER,** | § | |
| **Chapter 11 Trustee for TMST, Inc.,** | § | |
| **f/k/a Thornburg Mortgage, Inc.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BARCLAYS CAPITAL, INC,** | § | **CASE No. 1:11-CV-01982-ELH** |
| | § | |
| **Defendant** | § | |

## PLAINTIFF'S JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b) and 39, Fed. R. Bankr. P. 9015, and Local District Court Rule 406.1, Joel I. Sher, Esq., Chapter 11 Trustee for TMST, Inc., f/k/a Thornburg Mortgage, Inc., ("Plaintiff") hereby demands a jury trial on all issues so triable in this matter.

Respectfully submitted,

/s/  Mark L. D. Wawro
Mark L. D. Wawro
Stephen D. Susman
Stuart V. Kusin
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston TX 77002-5096
Phone (713) 651-9366
mwawro@susmangodfrey.com
ssusman@susmangodfrey.com
skusin@susmangodfrey.com
*Counsel for Joel I. Sher, Chapter 11 Trustee*

and

/s/ Daniel J. Zeller
Daniel J. Zeller, Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
36 South Charles Street, 20th Floor
Baltimore MD 21201-3147
Phone (410) 385-0202
djz@shapirosher.com
*Local Counsel for Joel I. Sher, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

This is to certify that on the 13th day of October, 2011, a true and correct copy of the foregoing instrument was served electronically through the Court's CM/ECF transmission facilities and by first class mail, postage prepaid on the following counsel of record.

Lance Croffoot-Suede, Esq.
Linklaters LLP
1345 Avenue of the Americas
New York NY 10105

Richard L. Costella, Esq.
Patricia A. Borenstein, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

/s/  Daniel J. Zeller
Daniel J. Zeller