**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

JOEL I. SHER, CHAPTER 11 TRUSTEE for TMST,
Inc., f/k/a Thornburg Mortgage, Inc.,

Plaintiff,

v.

Civil. No. ELH-11-01982

BARCLAYS CAPITAL INC.,

Defendant.

**BARCLAYS CAPITAL INC.'S DISCLOSURE OF CORPORATE INTERESTS**
**PURSUANT TO LOCAL RULE 103.3 (D.MD)**

Pursuant to Local Rule 103.3 (D.Md.), Barclays Capital Inc. states that its direct parent and sole stockholder is Barclays Group US Inc., which is a wholly owned subsidiary of Barclays Bank PLC.  The sole subsidiary of Barclays Capital Inc. is Barclays Business Credit LLC.

There are no corporations, unincorporated associations, partnerships or other business entities that are not parties that may have a financial interest in the outcome of this litigation.

Dated:     October 14, 2011
           Baltimore, Maryland

Respectfully submitted,

MILES & STOCKBRIDGE, P.C.

/s/ Richard L. Costella
Richard L. Costella
Fed. Bar No.: 14095
Patricia A. Borenstein
Fed. Bar No.: 27668
10 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
Fax: (410) 385-3440
Email: rcostell@milesstockbridge.com

and

LINKLATERS LLP

Lance Croffoot-Suede
Paul S. Hessler
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

*Attorneys for Barclays Capital Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2011, a copy of the foregoing *DISCLOSURE* was served electronically through the Court's CM/ECF transmission facilities, and by first class mail, postage prepaid, on the following:

Daniel Joseph Zeller, Esquire
Shapiro Sher Guinot Sandler
36 S Charles Street, 20th Floor
Baltimore, MD 21201

Mark L.D. Wawro, Esquire
Stephen D. Susman, Esquire
Stuart V. Kusin, Esquire
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

/s/ Richard L. Costella
Richard L. Costella