**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

October 24, 2011

MEMORANDUM TO COUNSEL

    Re:    *Joel I. Sher v. Barclays Capital, Inc.*
            Civil No.: ELH-11-01982

Dear Counsel:

    At the request of Mr. Costella, the conference call scheduled for November 4, 2011 has been changed to November 8, 2011 at 4:00 p.m. I ask counsel for plaintiff to initiate the call to defense counsel and then to chambers.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                  Sincerely,

                                  /s/
                                  Ellen Lipton Hollander
                                  United States District Judge