# MILES & STOCKBRIDGE P.C.

Richard L. Costella
(410) 385-3440
rcostella@milesstockbridge.com

November 8, 2011

**ELECTRONICALLY AND**
**VIA HAND DELIVERY**

Honorable Ellen L. Hollander
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

> Re:   *Joel I. Sher, Chapter 11 Trustee v. Barclays Capital Inc.*
>       Case No. ELH-11-01982

Dear Judge Hollander:

Counsel for the parties have conferred by telephone and write to you jointly to submit this report on the issues to be discussed during the 4 p.m. call with the Court scheduled for today.

(1)  Early Settlement/ADR:  The parties believe that a settlement/ADR conference may be productive at some point, but are not prepared to jointly request it at this time.  Counsel for the parties will notify the Court if we jointly believe that a settlement/ADR conference would be productive after some or all discovery has been undertaken.

(2)  Electronically Stored Information:  The parties agree that discovery of ESI will be necessary and have had an initial planning conference call with regard to ESI.

(3)  Changes to Draft Scheduling Order:  The parties jointly request changes to the draft scheduling order, as outlined below.

(4)  Expert Discovery:  Plaintiff wishes to defer expert discovery until after any summary judgment motions.  Defendants disagree because in this case expert testimony may be relevant to affirmative factual elements of plaintiff's claims and to defenses, and it would be more efficient to consider summary judgment after the full record, including expert testimony, is established.

(5)  Deposition Hours:  The parties jointly request 40 deposition hours per side for fact depositions, with the caveat that it is early in the case and either side can request additional time from the Court if developments during discovery or other circumstances warrant such a request.

(6)  Magistrate:  The parties do not consent to proceeding before a U.S. Magistrate Judge for all aspects of this litigation.

M I L E S & S T O C K B R I D G E P.C.

Page 2

Proposal for Deadlines in Scheduling Order:

November 8, 2011:   Requests for modification of draft scheduling order

November 8, 2011:   Joint request for early settlement/ADR conference

November 8, 2011:   Report about deposition hours

November 8, 2011:   Report about whether unanimous consent re: Magistrate Judge

November 8, 2011:   Conference between the parties about discovery of ESI

December 5, 2011:   Moving for joinder of additional parties and amendment of
pleadings

May 25, 2012:   Completion of fact discovery other than Requests for Admission

June 1, 2012:   Plaintiff's Rule 26(a)(2) disclosures

July 6, 2012:   Defendant's Rule 26(a)(2) disclosures

July 16, 2012:   Plaintiff's rebuttal Rule 26(a)(2) disclosures

August 6, 2012:   Expert depositions

August  8, 2012:   Requests for admission

August 10, 2012:   Rule 26(e)(2) supplementation of disclosures and responses

August  10, 2012:   Expert discovery deadline; submission of status report

August 31, 2012:   Dispositive pretrial motions deadline

The parties jointly propose this schedule after exchanging preliminary information about the number of document custodians that might have relevant ESI and other facts in this matter, and taking into account the factual complexity of the underlying transactions.

Thank you for your consideration of these matters.

M I L E S  &  S T O C K B R I D G E  P.C.

Page 3

Respectfully submitted,

| | |
|---|---|
| SHAPIRO SHER GUINOT & SANDLER LLP | MILES & STOCKBRIDGE P.C. |
| | |
| /s/ Daniel J. Zeller_____ | /s/ Richard L. Costella_____ |
| Daniel J. Zeller | Richard L. Costella |
| Fed. Bar No. 28107 | Fed. Bar No.: 14095 |
| 36 South Charles Street, 20th Floor | 10 Light Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| Phone: (410) 385-0202 | Tel: (410) 385-3440 |
| djz@shapirosher.com | Fax: (410) 385-3700 |
| | rcostell@milesstockbridge.com |
| | |
| -and- | -and- |
| | |
| SUSMAN GODFREY LLP | LINKLATERS LLP |
| Mark L.D. Wawro | Lance Croffoot-Suede |
| Stephen D. Susman | Ruth E. Harlow |
| Stuart V. Kusin | 1345 Avenue of the Americas |
| 1000 Louisiana, Suite 5100 | New York, NY 10105 |
| Houston, Texas 77002 | Phone: (212) 903-9000 |
| Phone: (713) 654-6675 | Fax: (212) 903-9100 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |