**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

June 11, 2012

MEMORANDUM TO COUNSEL

    Re:    *Joel I. Sher v. Barclays Capital Inc.*
               Civil No. ELH-11-01982

Dear Counsel:

    At the request of Mr. Costella, a telephone conference has been scheduled for 11:00 a.m. on Wednesday, June 13, 2012, to address a discovery dispute. Mr. Costella will initiate the phone call to counsel and then to chambers. No later than 4:00 p.m. on June 12, 2012, counsel must submit letters, not to exceed two pages, setting forth your respective positions.

    Please be advised that a court reporter will not be in attendance. A party who seeks a recording of the hearing must make the arrangements for the court reporter. I ask that you notify me, in advance, if you intend to obtain a court reporter for the telephone hearing.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                               Sincerely,

                                                              /s/
                                                              Ellen Lipton Hollander
                                                              United States District Judge