# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line 212-903-9261
Direct Fax 212-903-9100
lance.croffoot-suede@linklaters.com

June 12, 2012

The Honorable Ellen L. Hollander
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21202

**Re:  Discovery Dispute in *Sher v. Barclays Capital Inc.*, Civil No. ELH-11-01982**
Dear Judge Hollander:

In addition to the requested two-page letter, Plaintiff has submitted to your Honor its prior correspondence with Defendant Barclays on the discovery issue before the Court.  For the Court's convenience, Barclays herewith submits its side of that correspondence.

Respectfully Submitted,

*Lance Croffoot-Suede*

Lance Croffoot-Suede, Counsel for Barclays Capital Inc.