# Harlow, Ruth

| | |
|---|---|
| From: | Harlow, Ruth |
| Sent: | Friday, June 08, 2012 12:56 PM |
| To: | 'Mark Wawro'; Croffoot-Suede, Lance; 'Miles - Patricia Bornstein Jefferson'; 'Miles - Richard L. Costella' |
| Cc: | 'Daniel Zeller'; 'Joel Sher'; 'Judith Orihuela'; 'Matt Behncke'; 'Sandee Krueger'; 'Steve Susman'; 'Stuart V. Kusin' |
| Subject: | RE: Meet and Confer regarding 30(b)(6) Deposition Noticed for June 15 |

Mark –

As we discussed on Wednesday evening, Barclays continues its objections to the 30(b)(6) notice because it is a tactical effort to force Barclays to expend unnecessary resources and to unnecessarily rush the start of depositions in the case, its topics are overlapping and unclear (and some are wholly improper for this form of discovery), and we have three fact witnesses from whom you can gather this information in a more reasonable, less burdensome way. Like you, however, I will not rehash here all of our discussions. Your undertakings below do not solve the problem of either impermissible, or overlapping and uncertain listed topics.

We have three fact witnesses, Mr. Hamilton, Mr. Chung and Mr. Cozine who have different but overlapping knowledge on the pricing and valuation subjects that you seem to be interested in, as defined by your overlapping topics. We do not need to engage in puzzling out how to combine their knowledge and prepare a single witness for each topic (each still with uncertain parameters), and then expend the resources to exhaustively provide each witness with full knowledge on a topic, when you can simply proceed to take their three depositions to gather that information – and at that point, if you still feel the need for a Rule 30(b)(6) deposition on appropriate, narrow topics, that may make sense as a second step.

Mr. Chung is available for deposition on July 10-13 or July 24-27. Mr. Hamilton is available on July 17-20 or July 24-27. We have reached out to Mr. Cozine for similar date ranges.

We propose that we go forward with these three fact witnesses, Mr. Wray's deposition that has already been confirmed for you, and other fact witnesses on both sides during July. (Please respond if you would to my earlier email with regard to the process for scheduling your witnesses.) That will leave you time to take a properly narrowed 30(b)(6) deposition in August if necessary.

The parties were cooperating well on scheduling, and there had been no sense of extreme urgency on deposition timing until you first articulated on May 30 your tactical rush to take the 30(b)(6). We think we can jointly come up with a reasonable deposition schedule and that serves both sides without involving the Court. However, if you do not withdraw your current 30(b)(6) notice and work with us to schedule these witnesses as above, we will contact the Court on Monday and ask for a conference on Tuesday under her discovery dispute procedures.

Regards, Ruth


**From:** Mark Wawro [mailto:MWAWRO@SusmanGodfrey.com]
**Sent:** Friday, June 08, 2012 9:47 AM
**To:** Harlow, Ruth; Ryan, Katie; Croffoot-Suede, Lance; Miles - Patricia Bornstein Jefferson; Miles - Richard L. Costella
**Cc:** Daniel Zeller; Joel Sher; Judith Orihuela; Matt Behncke; Sandee Krueger; Steve Susman; Stuart V. Kusin
**Subject:** RE: Meet and Confer regarding 30(b)(6) Deposition Noticed for June 15

Exhibit B to Supplemental Discovery Letter