IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)



------------------------------------x

JOEL I. SHER, CHAPTER 11 TRUSTEE for
TMST, INC., f/k/a Thornburg Mortgage, Inc.,

                Plaintiff,

        v.

BARCLAYS CAPITAL INC.,

                Defendant.

Civil No.: ELH-11-01982

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard L. Costella, am a member in good standing of the bar of this Court. My bar number is 14095. I am moving the admission of Lance Croffoot-Suede, Esquire, to appear *pro hac vice* in this case as counsel for Barclays Capital Inc.

Movant and the proposed admittee respectfully certify that:

1.     The proposed admittee is not a member of the Bar of the State of Maryland and does not maintain any law office in Maryland.

2.     The proposed admittee is a member in good standing of the bar of the following State and United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| New York (1991) | U.S. District Court for the Southern District of New York (1991) |
| | U.S. District Court for the Eastern District of New York (1991) |
| | U.S. Court of Appeals for the Second Circuit (2001) |
| | U.S. Court of Appeals for the Eight Circuit (2005) |

3. Other than the bankruptcy adversary proceeding of *Sher v. Barclays*, Adversary Proceeding No. 11-00329-DWK, which is the case *sub judice*, the proposed admittee has not been admitted *pro hac vice* in this court.

4. The proposed admittee has never been disbarred or suspended from the practice of law in any jurisdiction, and there are no disciplinary proceedings pending against her.

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant, Richard L. Costella, Esquire, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. Movant requests that the $50.00 *pro hac vice* admission fee be waived as this fee has already been paid in the Bankruptcy Court adversary proceeding of *Sher v. Barclays*, Adversary Proceeding No. 11-00329-DWK, which case was removed to this Court on August 1, 2011, and is also the case *sub judice*.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Movant--

*[signature]*

Richard L. Costella
Fed. Bar No.: 14095
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
Phone: (410) 385-3440
Fax: (410) 385-3700
Email: rcostella@milesstockbridge.com

Proposed Admittee--

*[signature]*

Lance Croffoot-Suede
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Phone: (212) 903-9261
Fax: (212) 903-9100
Email: lance.croffoot-suede@linklaters.com